UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | |
|---|---|
| *In re*: | : |
| | : Chapter 11 Case No. |
| EXTENDED STAY INC., *et al.*, | : 09-13764 (JMP) |
| | : |
| Debtors | : (Jointly Administered) |

------------------------------------------------------------------------ x

| | |
|---|---|
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust; HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST, | : : : Adv. Pro. No. 11-02255 : : Case No. 11-cv-05396 : |
| Plaintiffs, | : **NOTICE OF APPEARANCE** |
| -against- | : |
| THE BLACKSTONE GROUP, L.P., *et al.*, | : |
| Defendants. | : |

------------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant DL-DW Holdings, LLC.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 5, 2011

                              By:  /s/ Robert M. Novick
                                   Robert M. Novick, Esq.
                                   (rnovick@kasowitz.com)
                                   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
                                   1633 Broadway
                                   New York, New York 10019
                                   Tel: (212) 506-1700
                                   Fax: (212) 506-1800

                                   *Attorneys for Defendant DL-DW Holdings, LLC*