UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| *In re*: : | |
| : | Chapter 11 Case No. |
| EXTENDED STAY INC., *et al.*, : | 09-13764 (JMP) |
| : | |
| Debtors : | (Jointly Administered) |

------------------------------------------------------------------- x

| | |
|---|---|
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as : | |
| Trustee for and on behalf of the Extended Stay Litigation : | |
| Trust; HOBART TRUESDELL, as Trustee for and on : | Adv. Pro. No. 11-02255 |
| behalf of the Extended Stay Litigation Trust, and THE : | |
| EXTENDED STAY LITIGATION TRUST, : | Case No. 11-cv-05396 |
| : | |
| Plaintiffs, : | **NOTICE OF APPEARANCE** |
| : | |
| -against- : | |
| : | |
| THE BLACKSTONE GROUP, L.P., *et al.*, : | |
| : | |
| Defendants. : | |

------------------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant DL-DW Holdings, LLC.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 5, 2011

                                      By:   /s/  Adina G. Storch
                                               Adina G. Storch, Esq.
                                               (astorch@kasowitz.com)
                                               KASOWITZ, BENSON, TORRES &
                                               FRIEDMAN LLP
                                               1633 Broadway
                                               New York, New York 10019
                                               Tel: (212) 506-1700
                                               Fax: (212) 506-1800

                                               *Attorneys for Defendant DL-DW Holdings, LLC*