UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ x
In re:                                                  :
                                                        :   Chapter 11 Case No.
EXTENDED STAY INC., et al.,                             :   09-13764 (JMP)
                                                        :
                               Debtors                  :   (Jointly Administered)
------------------------------------------------------------------ x
WALKER, TRUESDELL, ROTH & ASSOCIATES, as               :
Trustee for and on behalf of the Extended Stay Litigation :
Trust; HOBART TRUESDELL, as Trustee for and on          :   Adv. Pro. No.  11-02255
behalf of the Extended Stay Litigation Trust, and THE   :
EXTENDED STAY LITIGATION TRUST,                         :   Case No. 11-cv-05396
                                                        :
                               Plaintiffs,              :
                                                        :
-against-                                               :
                                                        :
THE BLACKSTONE GROUP, L.P., et al.,                     :
                                                        :
                               Defendants.              :
                                                        :
------------------------------------------------------------------ x
```

## CORPORATE DISCLOSURE
## STATEMENT FOR DL-DW HOLDINGS, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for DL-DW

Holdings, LLC states that:

1.      Lightstone Holdings, LLC and BRE/ESH Holdings, LLC each own 10% or more of the

equity interests of **DL-DW Holdings, LLC**.

Dated: New York, New York
       October 5, 2011

By:   /s/  Adina G. Storch
      David M. Friedman (dfriedman@kasowitz.com)
      Christopher P. Johnson (cjohnson@kasowitz.com)
      Robert M. Novick (rnovick@kasowitz.com)
      Adina G. Storch (astorch@kasowitz.com)
      KASOWITZ, BENSON, TORRES &
      FRIEDMAN LLP
      1633 Broadway
      New York, New York 10019
      Tel: (212) 506-1700
      Fax: (212) 506-1800

      *Attorneys for DL-DW Holdings, LLC*